# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Larrietta Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00556-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| USA | ) | |
| Janet Henderson | | |
| Robin Lennox-Auston | | |
| Diane R. Godman | | |
| Lisa Wright**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2016 Order.

May 9, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court